IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QUANTUM COMMUNICATIONS LTD,** | : | |
| Plaintiff | : | No. 1:17-cv-01640 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **EAGLE FORUM, et al.,** | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 8th day of August 2018, in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT** the motion to dismiss the amended complaint (Doc. No. 18), is **DENIED**, and Defendants Eagle Forum Education and Legal Defense Fund and Edward R. Martin, Jr. are directed to file an answer to the amended complaint (Doc. No. 16), within twenty-one (21) days of the date of this Order.

                                                s/Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania