## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUANTUM COMMUNICATIONS LTD, <br><br> Plaintiff, <br><br> v. <br><br> EAGLE FORUM EDUCATION AND LEGAL DEFENSE FUND and EDWARD R. MARTIN, JR., <br><br> Defendants. | CASE NO.  1:17cv1640 <br><br> (Honorable Malachy E. Mannion) |

### STIPULATION OF DISMISSAL

The parties to the action, acting through counsel, and pursuant to Federal Rules of Civil Procedure 41(a) (1) (A) (ii) and 41(c) hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal with prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

Dated: June 22, 2022

/s/ Timothy P. Ryan
Timothy P. Ryan, Esq.
1508 Fox Chase Lane
Pittsburgh, PA 15241
(412) 418-1327
tprsar@comcast.net

Counsel for Quantum Communications, Ltd.

| | |
|---|---|
| Dated: June 22, 2022 | <u>/s/ Andrew L. Schlafly</u><br>Andrew L. Schlafly, Esq.<br>939 Old Chester Road<br>Far Hills, NJ 07931<br>(908) 719-8608<br>aschlafly@aol.com<br><br>Counsel for Eagle Forum Education and Legal Defense Fund and Edward R. Martin, Jr. |