## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUANTUM COMMUNICATIONS LTD,<br><br>    Plaintiff,<br><br>v.<br><br>EAGLE FORUM EDUCATION AND LEGAL DEFENSE FUND and EDWARD R. MARTIN, JR.,<br><br>    Defendants. | CASE NO.  1:17cv1640<br><br>(Honorable Malachy E. Mannion) |

**ORDER**

And now, this _____ day of June, 2022, upon consideration of the foregoing Joint Motion to Dismiss with Prejudice, it is hereby ORDERED that this action is dismissed with prejudice.

BY THE COURT

_____
Malachy E. Mannion
Judge, United States
District Court